**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE S. ORTIZ,<br><br>    Plaintiff,<br><br>  v.<br><br>QUALITY LOAN SERVICE CORPORATION; SELECT PORTFOLIO SERVICING, INC.,<br><br>    Defendants. | 1:09-cv-0266 OWW GSA<br><br>ORDER AFTER SCHEDULING CONFERENCE<br><br>Order to Show Cause re Dismissal Hearing Date: 7/6/09 10:00 Ctrm. 3 |

**I.   Date of Scheduling Conference.**

    May 28, 2009.

**II.  Appearances Of Counsel.**

    There was no appearance by Plaintiff.

    Albertson Law by Gina L. Albertson, Esq., appeared on behalf of Defendants.

**III.  Status of Case.**

    1.   Counsel for Defendants has requested permission to communicate with Mr. Ortiz relative to negotiating resolution of the matter and for the further handling of the case.

    2.   Plaintiff's former counsel, Mitchell Roth, has been suspended from the practice of law and his cases have been caused

to be subject to administration by the State Bar.

3. Currently there is no attorney representing Mr. Ortiz. Authorization is given to Defendants' counsel to communicate with Mr. Ortiz and to determine whether the case can be resolved without further proceedings.

4. Counsel shall submit a report to the Court on or before June 29, 2009, to advise whether or not the case has been resolved. If it has not, a further Scheduling Conference will be set at that time.

5. As there has been no appearance by Mr. Ortiz or any attorney on his behalf, Jose S. Ortiz and any attorney for him are Ordered to Show Cause, if any they have, why this case should not be dismissed for failure to prosecute and why any lis pendens previously recorded should not be expunged.

6. That hearing shall be held July 6, 2009, at 10:00 a.m. in Courtroom 3. Any cause to be shown shall be filed with the Court on or before July 1, 2009.

IT IS SO ORDERED.

Dated: **May 28, 2009**      /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE