# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA-FRESNO DIVISION

| | |
|---|---|
| JOSE S. ORTIZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>QUALITY LOAN SERVICE CORPORATION; SELECT PORTFOLIO SERVICING, INC.; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | **U.S.D.C. OF CALIFORNIA, EASTERN DISTRICT, FRESNO DIVISION CASE NO. 1:09-CV-00266-OWW-GSA**<br><br>**ASSIGNED TO JUDGE OLIVER W. WANGER, Courtroom #3 (7th Floor)**<br><br>**Complaint filed on January 20, 2009 Notice of Removal Filed in USDC Eastern District, Fresno Division on February 11, 2009**<br><br>**ORDER GRANTING DISMISSAL WITHOUT PREJUDICE** |

**TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

On July 6, 2009, at 10:00 am in Court room 3 of the above-referenced Court, an Order to Show Cause Regarding Dismissal and Expunging any *lis pendens* recorded hearing took place regarding Plaintiff JOSE ORTIZ' failure to show cause by July 1, 2009, as ordered by this Court that he will prosecute this action, and failure to prosecute said action in the United States District Court for the

**[PROPOSED] ORDER GRANTING DISMISSAL WITHOUT PREJUDICE**

1

Eastern District of California, Fresno Division, Case Number CASE NO. 1:09-CV-00266-OWW-GSA, known as <u>Juan Ortiz v. Quality Loan Service Corporation, et al</u>. No appearance was made by Plaintiff JUAN ORTIZ or his former counsel Mitchell Roth, who is now suspended from practice, after proper notice to both individuals and the Court ordered previously that due to Plaintiff's counsel's suspension, Plaintiff JUAN ORTIZ was considered to be representing himself *in propia persona* and required to personally appear at this hearing or obtain new counsel. Gina L. Albertson, Esq. of Albertson Law appeared on behalf of Defendants QUALITY LOAN SERVICE CORPORATION and SELECT PORTFOLIO SERVICING, INC.

The Court, having considered the pleadings, oral argument, and all matters pertaining to this action, hereby dismisses this action without prejudice.

IT IS SO ORDERED.

Date: 7/15/2009         By: /s/ OLIVER W. WANGER
                            The Honorable Oliver W. Wanger
                            United States District Judge for the
                            Eastern District of California

Respectfully submitted,
Gina L. Albertson (SBN 216960)
ALBERTSON LAW
6789 Quail Hill Parkway, #223
Irvine, California 92603
Telephone: (949) 861-3132
Facsimile: (949) 861-8785

Attorneys for Defendants
QUALITY LOAN SERVICE CORPORATION and SELECT PORTFOLIO SERVICING, INC.

**[PROPOSED] ORDER GRANTING DISMISSAL WITHOUT PREJUDICE**